UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERRICK COBARRIS,

  Plaintiff,

-vs-                                                 CASE NO.:  8:17-CV-00287-JUD-MAP

PREMIER BANKCARD, LLC.,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, DERRICK COBARRIS, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, DERRICK COBARRIS, and Defendants, PREMIER BANCARD, LLC. have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via E-Mail on this 18th day of December, 2017 to all parties of record.

                                    /s/ Shaughn C. Hill, Esquire
                                    Shaughn C. Hill, Esquire
                                    Morgan & Morgan, Tampa, P.A.
                                    One Tampa City Center
                                    Tampa, FL 33602
                                    Tele:  (813) 223-5505
                                    Fax:  (813) 223-5402
                                    shill@forthepeople.com
                                    Florida Bar #:  0105998
                                    Attorney for Plaintiff