UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERRICK COBARRIS,

    Plaintiff,

v.                                      Case No: 8:17-cv-287-T-27MAP

FIRST PREMIER BANK,

    Defendant.
_____/

## ORDER

The Court has been advised that this case has been settled. (Dkt. 14). Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED** *without prejudice* and subject to the right of the parties, within sixty (60) days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** *as moot*. The file shall remain administratively closed.

**DONE AND ORDERED** this 18th day of December, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record